FILED

SEP 19 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID BOYD, <br> *Plaintiff,* <br> <br> v. <br> <br> NATIONWIDE PROPERTY & CASUALTY <br> INSURANCE COMPANY and <br> RYAN CURTIS, <br> *Defendants.* | § <br> § <br> § <br> § CIVIL ACTION NO. 5:17-cv-00123-XR <br> § <br> § <br> § <br> § <br> § |

## ORDER GRANTING AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Came to be considered the Agreed Stipulation of Dismissal with Prejudice urged by Plaintiff David Boyd and Defendant Nationwide Property and Casualty Insurance Company. The Court, having read the Agreed Stipulation, is of the opinion that the Stipulation should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that all claims made in this lawsuit are hereby dismissed with prejudice to re-filing, and that this matter is CLOSED.

Signed this 18th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE
Xavier Rodriguez

1